UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 5, 2015

MEMO TO COUNSEL RE:  Mario Salinas, et al. v. Commercial Interiors, et al.
Civil No. JFM-12-1973

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiffs' motion for attorneys' fees and costs.

I will award attorneys' fees to plaintiffs in the amount of $7,500 and costs in the amount of $350. In so ruling, I am not ruling upon the timeliness of plaintiffs' motion for attorneys' fees and costs. Instead, I am granting fees without considering the timeliness of the motion because I believe that the amount of fees I am awarding is reasonable and that too much time and expense will be spent in further litigating the issue.

I recognize that the route I am following is somewhat unconventional. Accordingly, if both or either of you disagree with what I am doing, please so notify me. To accomplish that end without my knowing who it is who objects, I ask that you confer and if both or either of you objects, your submitting a joint report to me on or before May 15, 2015 without identifying the person(s) who object. If I do not hear from you, I will administratively close the pending motions.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge