# UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 19, 2017

MEMO TO COUNSEL RE: Mario Salinas, et al. v. Commercial Interiors, et al.
Civil No. JFM-12-1973

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion for summary judgment. The motion (document 133) is granted. I am persuaded that on the existing state of the record plaintiffs are entitled to the relief they seek. To the extent that Commercial Interiors attempts to expand the record, it efforts are barred by Fed. R. Civ. P. 37.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge

