IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MARIO SALINAS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL INTERIORS, INC., et al.<br><br>Defendants. | Civil Action No. 8:12-cv-1973-JFM |

## [~~PROPOSED~~] JUDGMENT

The Court **CONCLUDES and ADJUDGES**, based on the undisputed record facts and as a matter of law under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*, the Maryland Wage and Hour Law ("MWHL"), §§ 3-401 *et seq.*, and the Maryland Wage Payment and Collection Law ("MWPCL"), §§ 3-501 *et seq.*, that:

1. Plaintiff Mario Salinas worked sixteen hours of overtime for which he was compensated at his regular rate of pay of $15.00/hour;

2. Plaintiff William Ascencio Torres worked sixteen hours of overtime for which he was compensated at his regular rate of pay of $12.50/hour;

3. Plaintiff Bernaldino Salinas worked thirty-seven hours of overtime for which he was compensated at his regular rate of pay of $13.00/hour;

4. Plaintiff Franklin Henriquez worked sixteen hours of overtime for which he was compensated at his regular rate of pay of $15.00/hour;

1

5. [Defendants, as Plaintiffs' joint employers under the FLSA, MWHL, and MWPCL, are therefore liable to Plaintiffs in the amount of $1161.00, representing $580.50 in backpay and an equal amount as liquidated damages];

5. [Defendants, as Plaintiffs' joint employers under the FLSA, MWHL, and MWPCL, are therefore liable to Plaintiffs in the amount of $1121.81, representing $580.50 in backpay and $541.31 in pre-judgment interest];

6. Plaintiffs are entitled to attorneys' fees and costs under the FLSA, MWHL, and MWPCL, and may petition the Court for such award pursuant to Local Rule 109.

Plaintiffs' motion for summary judgment is therefore **GRANTED**.

It is hereby **ORDERED** that judgment is entered in favor of Plaintiffs and against all Defendants in the amount of [$1161.00] [$1121.81].

The Honorable J. Frederick Motz
United States District Court Judge

cc:

Sally Dworak-Fisher
Public Justice Center
One North Charles Street, Suite 200
Baltimore, MD 21201
Tel: (410) 625-9409
Fax: (410) 625-9423
dworakfishers@publicjustice.org

Darin M. Dalmat
James & Hoffman, P.C.
18 West Mercer Street, Suite 400
Seattle, WA 98119
(206) 257-6028
(202) 496-0555 (fax)

2

dmdalmat@jamhoff.com

Ryan Griffin
James & Hoffman, P.C.
1130 Connecticut Avenue, NW, Suite 950
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555
regriffin@jamhoff.com

*Attorneys for Plaintiffs*

Peter S. Saucier
Kollman & Saucier, P.A.
The Business Law Building
1823 York Road
Timonium, Maryland 21093
(410) 727-4300

*Counsel for Defendants J.I. General Contractors, Inc.,
Juan Flores Ramirez, and Isaias Flores Ramirez*

Michael J. Jack
Law Offices of Michael J. Jack
11165 Stratfield Court, 2d Floor
Marriottsville, Maryland 21104
(410) 442-2232

*Counsel for Defendant Commercial Interiors, Inc.*

3