IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

MARIO SALINAS, et al.,

        Plaintiffs,

v.                                               Case No. PWG-12-cv-1973

COMMERCIAL INTERIORS, INC., et al.

        Defendants.

_____/

**SATISFACTION OF JUDGMENT AS TO DEFENDANT COMMERCIAL INTERIORS**

      Judgment was rendered in favor of Plaintiffs Mario Salinas, Bernaldino Salinas, William Ascencio Torres, Franklin Henriquez and against Defendant Commercial Interiors, Inc. (ECF No. 168), including for attorneys' fees and costs (ECF No. 184). Plaintiffs hereby release this judgment against Commercial Interiors, Inc. and hereby confirm complete satisfaction of same.

November 29, 2018                 Respectfully submitted,

                                            /s/Sally Dworak-Fisher_____
                                            Sally Dworak-Fisher (Federal Bar No. 27321)
                                            PUBLIC JUSTICE CENTER
                                            One North Charles Street, Suite 200
                                            Baltimore, MD 21201
                                            Tel: (410) 625-9409
                                            Fax: (410) 625-9423
                                            dworakfishers@publicjustice.org

                                            ____/s/_____
                                            Ryan E. Griffin
                                            James & Hoffman, P.C.
                                            1130 Connecticut Avenue, NW, Suite 950
                                            Washington, D.C. 20036

Tel: (202) 496-0500
Fax: (202) 496-0555
regriffin@jamhoff.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of November 2018, I have electronically filed with the Court the foregoing Satisfaction of Judgments. The Court using CM/ECF will electronically serve the following:

Law Offices of Michael J. Jack
11165 Stratfield Court, 2d Floor
Marriottsville, Maryland 21104
(410) 442-2232

*Counsel for Defendant Commercial Interiors, Inc.*

                                                    ___/s/Sally Dworak-Fisher_____